JOHN LANHAM v. FIRST NATIONAL BANK OF CRETE.

FILED FEBRUARY 23, 1899.    No. 8717.

**Review.** No question of law is presented in this case. Evidence *held* to sustain the verdict.

ERROR from the district court of Saline county. Tried below before HASTINGS, J. *Affirmed.*

*E. S. Abbott*, for plaintiff in error.

*F. I. Foss* and *Norman Jackson*, contra.

IRVINE, C.

This was an action by Lanham, under the provisions of the act of congress relating to usury in contracts with national banks, to recover the penalty for usurious interest alleged to have been paid. Demurrers to the three counts of the petition were sustained, the action dismissed, and the case brought to this court for review. It was here held that as to one payment pleaded in the third count of the petition a cause of action not barred by the statute of limitations was pleaded. (*Lanham v. First Nat. Bank*, 42 Neb. 757.) After the cause had been remanded an answer in the form of a general denial was filed and a trial had which resulted in a verdict for the defendant. The case is again brought here by the plaintiff, and the sole question presented is the sufficiency of the evidence to sustain the verdict. The evidence on neither side was very satisfactory, but on examination we are convinced that it was of such a character as to forbid interference with the action of the jury thereon.

AFFIRMED.